IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-02996-AP**

**In re:  JOHN PAUL JONES**
**ALICIA KATHRYN JONES**

Debtors.

**JOHN PAUL JONES, and**
**ALICIA KATHRYN JONES,**

Appellants,

v.

**SALLY ZEMAN, Chapter 13 Trustee,**
**AURORA LOAN SERVICES, LLC,**
**ROUNDUP FUNDING, LLC,**

Appellees.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Aurora Loan Services, LLC's Motion to Withdraw (doc. #10), filed February 10, 2010, is **GRANTED**. Aurora Loan Services, LLC is withdrawn as a party to this case.

Although the court requested that Roundup Funding, LLC's "Notice of Withdraw" (doc. #7), filed February 9, 2010, be re-filed as a motion, that has yet to occur. The court will now construe the Notice as a motion, and as such, it is **GRANTED**. Roundup Funding, LLC is withdrawn as a party to this case.

---

Dated:  February 11, 2010