IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-02996-AP**

**In re: JOHN PAUL JONES**
**ALICIA KATHRYN JONES**

      Debtors.

**JOHN PAUL JONES, and**
**ALICIA KATHRYN JONES,**

      Appellants,

v.

**SALLY ZEMAN, Chapter 13 Trustee,**

      Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Appellant's Motion to Voluntarily Dismiss Appeal (doc. #21), filed July 7, 2010, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED.**

Dated: July 8, 2010

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT